IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS LEE BELL, | ) | 1:05-CV-00515-REC-DLB-P |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| J. SULLIVAN, et al., | ) ) | (DOCUMENTS #2 & #6) |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).

1   the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
2   $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
3       In accordance with the above, IT IS HEREBY ORDERED that:
4           1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
5           2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.  The fee
6   shall be collected and paid in accordance with this court's order to the Director of the California
7   Department of Corrections filed concurrently herewith.
8
9       IT IS SO ORDERED.
10      **Dated:   August 29, 2005**            **/s/ Dennis L. Beck**
    3c0hj8                                                                              UNITED STATES MAGISTRATE JUDGE