UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS BELL,                                    1:05-cv-00515-REC-DLB-P

             Plaintiff,         **ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS** (Doc. 12)

vs.

                                               **ORDER DISMISSING ACTION AND
                                               DIRECTING ENTRY OF JUDGMENT**

J. SULLIVAN, et al.,                           **FOR DEFENDANTS**

             Defendants.

_____/

     Plaintiff, Thomas Bell ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On January 25, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3 de novo review of this case.  Having carefully reviewed the

4 entire file, the Court finds the Findings and Recommendations to

5 be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed January 25,

8 2006, are ADOPTED IN FULL; and,

9    2.   This action is DISMISSED for plaintiff's failure to

10 obey the court's order of November 10, 2005, and for failure to

11 state a claim upon which relief may be granted.

12    3.   The Clerk of the Court is directed to enter judgment

13 for defendants.

14    IT IS SO ORDERED.

15 **Dated:  February 27, 2006**            **/s/ Robert E. Coyle**
   668554                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28